Send-0

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY/DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Christopher Paul Machn, Jr. <br> Defendant. | Case No.: ED 12-176M <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- pretrial services report
- violation petition
- defendant's non objection

1

1     and/ or

2  B. (X)   The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18 U.S.C.
5          § 3142(b) or (c). This finding is based on the following:

6          - pretrial services report
7          - violation petition
8          - defendant's nonobjection

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.

14   Dated: May 9, 2012

                                              HONORABLE SHERI PYM
                                              United States Magistrate Judge